■ THEODORE BROOKS, Respondent, v. MARY DELUKEY et al., Appellants.— Motion by respondent to amend the decision of this court rendered December 10, 1962, so as to provide that costs abide the event, denied. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Rabin, JJ., concur.

■ In the Matter of ANN SCUDERI, Respondent, v. CARLO SCUDERI, Appellant.— In a proceeding instituted in the Family Court, Kings County, the defendant moves: (1) for leave to appeal to this court from a temporary support order, entered January 8, 1963, which directed him to pay to petitioner the sum of $40 per week for support of herself and a minor child; and (2) for a stay of the enforcement of such order pending hearing and determination of the appeal. Motion for leave to appeal granted, on condition that such appeal shall be perfected promptly after the determination by the trial court of the outstanding issues (i.e., validity of the alleged marriage and the paternity of the infant), the trial of such issues being now scheduled for February 7, 1963. Motion for a stay of the order, pending the appeal, granted on condition that beginning as of January 15, 1963, defendant (appellant) shall deposit with the Clerk of the Family Court the sum of $40 per week for the support of petitioner and her child, to be held by the court pending determination of the instant appeal. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.

■ In the Matter of SEYMOUR W. COHEN, Also Known as SAMUEL WOLF COHEN, Now Known as WALTER S. COBIN.— Renewed application for admission to the Bar granted. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

## (January 30, 1963)

■ DAPER REALTY, INC., Respondent, v. EMMA B. NICASTRI et al., Appellants, et al., Defendants.— Motions by appellants for a stay, pending appeals, denied. This action should proceed to trial promptly on the date fixed, February 6, 1963. Beldock, P. J., Ughetta, Hill, Rabin and Hopkins, JJ., concur.

■ NETTIE SLAVIN et al., Appellants, v. SIGMUND S. BRIGER et al., Respondents.— Motion by appellants for a stay in the proposed construction of an apartment house, pending determination of appeal, denied. Beldock, P. J., Ughetta, Christ, Rabin and Hopkins, JJ., concur.

■ In the Matter of ROSE GREENEBAUM, Petitioner, v. WILLIAM S. HULTS, as Commissioner of the Bureau of Motor Vehicles of the State of New York, Respondent.— Motion by petitioner to dispense with printing of his brief granted. Petitioner is directed, on or before February 18, 1963, to file six copies of his typewritten brief and to serve one copy on respondent. Motion by petitioner to continue the stay heretofore granted by order of the Supreme Court, Queens County, dated October 15, 1962, granted, on condition that petitioner perfect and be ready to argue or submit the proceeding for the March Term, beginning March 4, 1963; proceeding ordered on the calendar for said term. Beldock, P. J., Ughetta, Christ, Rabin and Hopkins, JJ., concur.